PROB 12A
(12/20)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Felix Tavares                                              Cr.: 07-00532-001
                                                                             PACTS #: 58227

Name of Reassigned Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
                                        U.S. DISTRICT COURT JUDGE

Date of Original Sentence: 12/02/2009

Original Offense:   Count 1: 21 U.S.C. § 846 Conspiracy to Distribute & Possession w/Intent to Distribute
                    Count 2: 21 U.S.C. § 846 Conspiracy to Distribute & Possession w/Intent to Distribute
                    Count 3: 21 U.S.C. § 1951 Conspiracy to Commit Hobbs Act Robbery
                    Count 4: 18 U.S.C. § 924 (c)(1)(A)(i) & 2 Possession of a Firearm in Furtherance of a
                    Drug Trafficking Crime
                    Count 5: 18 U.S.C § 924 (g)(1) & 2 Felon in Possession of a Firearm

Original Sentence: 48 months imprisonment, 8 years supervised release

Special Conditions: Search and Seizure; Substance Abuse Testing and Treatment, Cooperate with Government.

Type of Supervision: Supervised Release                Date Supervision Commenced: 10/22/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** |
| | Mr. Tavares tested positive for cocaine and alcohol on April 13, 2021. The results were confirmed by our local and national lab. Mr. Tavares continues to deny cocaine use; however, he admitted to drinking two glasses of wine on April 12, 2021 with his dinner. |

U.S. Probation Officer Action:
Mr. Tavares was referred to the COPE center and is scheduled for a substance abuse assessment on June 3, 2021. He was drug tested on May 5, 2021 which yielded negative results.

Respectfully submitted,

Prob 12A – page 2
Felix Tavares

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Julie Chowdhury*
By:  JULIE CHOWDHURY
U.S. Probation Officer

/ jc

APPROVED:

*Suzanne Golda-Martinez*                 05/18/2021
SUZANNE GOLDA-MARTINEZ           Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

May 18, 2021
Date